```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

ANTHONY LIBRETTI,

                Petitioner,

vs.                                  Case No. 2:06-cv-241-FtM-29SPC

SECRETARY, DEPARTMENT OF CORRECTIONS,

                Respondent.
_____

## OPINION AND ORDER

This matter comes before the Court on Petitioner's Motion for Objection to Alter Magistrate Report (Doc. #18). Petitioner objects to the magistrate judge's February 21, 2008 Order striking Petitioner's amended petition for writ of habeas corpus. See Doc. #17.

A district court reviews the non-dispositive orders of a magistrate judge to determine whether the order is clearly erroneous or contrary to law. 28 U.S.C. Section 636(b)(1)(A); Fed. R. Civ. P. 72(a). The February 21st Order directed the Clerk of Court to strike Petitioner's amended petition for writ of habeas corpus (Doc. #16), which was filed by Petitioner without leave of court. The Order advised Petitioner that the Federal Rules of Civil Procedure are to be applied to habeas proceedings, to the extent that they are not inconsistent with the habeas statutory provisions and habeas rules. Rules Governing Section 2254 Cases, Rule 11. Further, the Order informed Petitioner that prior to filing an amended petition, he is

required to first seek leave of Court.  Fed. R. Civ. Pro. 15(a). Petitioner subsequently filed a motion to amend the petition (Doc. #19), which remains pending.  The Court finds that the February 21st Order of the magistrate judge is neither clearly erroneous nor contrary to law.

ACCORDINGLY, it is hereby

**ORDERED**:

Petitioner's Motion for Objection to Alter Magistrate Report (Doc. #18) is **OVERRULED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this   27th   day of October, 2008.

                                                                       *John E. Steele*
                                                                       JOHN E. STEELE
                                                                       United States District Judge

SA: hmk
Copies: All Parties of Record